UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY FOSTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-225 CAS |
| | ) | |
| JAY CASSADY, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on state prisoner Rodney L. Foster's action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge Shirley Padmore Mensah for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On February 5, 2018, Judge Mensah filed an Order and Report and Recommendation of United States Magistrate Judge which ordered that petitioner's request for an evidentiary hearing be denied, and recommended that Foster's First Amended Petition for Writ of Habeas Corpus, filed through counsel, be denied.

Petitioner filed timely objections to the Order and Report and Recommendation. The Court has carefully reviewed petitioner's objections and the entire record of this matter. Petitioner's objections essentially restate the claims and arguments set forth in his First Amended Petition. The objections do not establish any error by the Magistrate Judge or set forth any basis for federal habeas corpus relief, and are therefore overruled. Following its de novo review of this matter, the Court concurs in the recommendation of the Magistrate Judge as contained in the well-reasoned and thorough Order and Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 62]

**IT IS FURTHER ORDERED** that Rodney Foster's First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is **DENIED**. [Doc. 53]

**IT IS FURTHER ORDERED** that Rodney Foster's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 is **DENIED as moot**. [Doc. 1]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this Order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  7th  day of March, 2018.